UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JOHN W. CALLOWAY :
EARTHENIA D. CALLOWAY : CHAPTER 13
Debtor(s) :
 :
JACK N. ZAHAROPOULOS :
CHAPTER 13 TRUSTEE :
Movant :
 :
vs. :
 :
JOHN W. CALLOWAY :
EARTHENIA D. CALLOWAY :
Respondent(s) : CASE NO. **1:25-bk-02435**

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

COMES NOW Jack N. Zaharopoulos, Standing Chapter 13 Trustee, who objects to confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. Debtor(s)' plan violates 11 U.S.C. § 1325(a)(4) in that the value of property to be distributed under the plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7. More specifically, the debtor has excess non-exempt equity in the following:

    a. Property held as tenants by the entireties to the extent of joint claims.

2. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

    a) The plan is underfunded relative to claims to be paid.

3. The debtor(s) has not demonstrated that all tax returns have been filed as required by § 1325(a)(9) (2022, 2023 and 2024 per IRS claim).

4. Trustee avers that debtor(s)' plan cannot be administered due to the lack of the following:

    a. **Debtor #2** has not provided to the Trustee copies of 2024 Federal Income Tax returns as required by § 521(e)(2)(A).

    b. Credit report needed.

WHEREFORE, the Trustee alleges and avers that the plan cannot be confirmed and, therefore, the Trustee prays that this Honorable Court will:

a. Deny confirmation of debtor(s)' plan.
b. Dismiss or convert debtor(s)' case.
c. Provide such other relief as is equitable and just.

Dated: October 9, 2025

Respectfully submitted:

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

CERTIFICATE OF SERVICE

       I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

JOHN M HYAMS ESQUIRE
1007 NORTH FRONT STREET, SUITE 3
HARRISBURG, PA 17102-

Dated:      October 9, 2025

          /s/ Jack N. Zaharopoulos
          Office of Jack N. Zaharopoulos
          Standing Chapter 13 Trustee