United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
John W. Calloway  
Earthenia D. Calloway  
    Debtors

Case No. 25-02435-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3  
Date Rcvd: Oct 10, 2025     Form ID: ntcnfhrg     Total Noticed: 34

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John W. Calloway, Earthenia D. Calloway, 2326 Green St., Harrisburg, PA 17110-1034 |
| 5737790 | | Consolidation Capital, Attn: Bankruptcy, 10 Tower Office Park, Ste 410, Woburn, MA 01801-2120 |
| 5737794 | + | First Bank Trust, P.O. Box 1000, Abingdon, VA 24212-1000 |
| 5737796 | + | Hooper Memorial Home, Inc., 3532 Walnut St., Harrisburg, PA 17109-3618 |
| 5737799 | + | M&T Bank, PO Box 64910, Baltimore, MD 21264-4910 |
| 5737809 | + | Office of Attorney General, Financial Enforcement, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5737801 | + | Paxtang Cemetary, c/o Alesia A. Skinner, 490 N. Paxtang Ave., Harrisburg, PA 17111-1822 |
| 5737802 | | Service Benefit Plan, Pharmacy Programs, PO Box 847857, Dallas, TX 75284-7857 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5737783 | | Email/Text: caineweiner@ebn.phinsolutions.com | Oct 10 2025 18:39:39 | 06 Progressive, PO Box 55848, Sherman Oaks, CA 91413-0848 |
| 5737784 | ^ | MEBN | Oct 10 2025 18:36:34 | 12 the Bank of Missouri, PO Box 1216, Chesapeake, VA 23327-1216 |
| 5737785 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 10 2025 18:39:00 | Aspire Credit Card, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 5737786 | | Email/Text: caineweiner@ebn.phinsolutions.com | Oct 10 2025 18:39:39 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Fl 4, Sherman Oaks, CA 91411-2532 |
| 5737787 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 10 2025 18:45:39 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5737788 | ^ | MEBN | Oct 10 2025 18:36:38 | Comenity Bank, 320 E Big Beaver Rd, Troy, MI 48083-1238 |
| 5737789 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 10 2025 18:39:00 | Concora Credit, PO Box 4477, Beaverton, OR 97076-4401 |
| 5737791 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 10 2025 18:45:31 | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5737792 | | Email/Text: signed.order@pfwattorneys.com | Oct 10 2025 18:39:00 | Crown Asset Management, LLC, c/o Pressler, Felt & Warshaw, LLP, 7 Entin Rd., Parsippany, NJ 07054-5020 |
| 5737807 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Oct 10 2025 18:39:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5737793 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 10 2025 18:39:00 | Deptednelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 5737795 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 10 2025 18:39:00 | Genesis Fs Card Services, Attn: Bankruptcy, PO |

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
| | | | Box 4477, Beaverton, OR 97076-4401 |
| 5737808 | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 10 2025 18:39:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5738971 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 10 2025 18:55:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5737797 + | Email/Text: Documentfiling@lciinc.com | Oct 10 2025 18:39:00 | LendingClub Corporation, Dept. 34268, P.O. Box 39000, San Francisco, CA 94139-0001 |
| 5737798 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 10 2025 18:45:32 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 5737800 | Email/Text: bankruptcydpt@mcmcg.com | Oct 10 2025 18:39:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 5737811 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 10 2025 18:39:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5744900 | Email/Text: bankruptcy@springoakscapital.com | Oct 10 2025 18:39:00 | Spring Oaks Capital SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 5737803 | Email/Text: bankruptcy@springoakscapital.com | Oct 10 2025 18:39:00 | Spring Oaks Capital, LLC, Attn: Bankruptcy, PO Box 1216, Chesapeake, VA 23327-1216 |
| 5737804 | Email/Text: bankruptcy@sunrisecreditservices.com | Oct 10 2025 18:39:00 | Sunrise Credit Services, PO Box 9004, Melville, NY 11747-9004 |
| 5737810 | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | Oct 10 2025 18:39:00 | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 |
| 5737805 | Email/Text: bknotice@upgrade.com | Oct 10 2025 18:39:00 | Upgrade, Inc., 275 Battery Street, 23rd Floor, San Francisco, CA 94111 |
| 5737806 ^ | MEBN | Oct 10 2025 18:36:42 | UPMC in Central PA, PO Box 2353, Harrisburg, PA 17105-2353 |
| 5739081 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Oct 10 2025 18:45:20 | U.S. Department of Housing and Urban Development, The Strawbridge Building, 801 Market Street, 12th Floor, Philadelphia, PA 19107 |
| 5741748 + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 10 2025 18:39:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1904 |

TOTAL: 26

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2025  Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| John Matthew Hyams | on behalf of Debtor 1 John W. Calloway jmh@johnhyamslaw.com acb@johnhyamslaw.com;dlh@johnhyamslaw.com;cne@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| John Matthew Hyams | on behalf of Debtor 2 Earthenia D. Calloway jmh@johnhyamslaw.com acb@johnhyamslaw.com;dlh@johnhyamslaw.com;cne@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| Matthew K. Fissel | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

| In re: | |
| :--- | :--- |
| John W. Calloway, | Chapter 13 |
| **Debtor 1** | |
| Earthenia D. Calloway, | Case No. 1:25−bk−02435−HWV |
| **Debtor 2** | |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**November 12, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: November 19, 2025 Time: 09:30 AM |
| :--- | :--- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Sylvia H. Rambo US Courthouse 1501 N. 6th Street Harrisburg, PA 17102 (717) 901−2800 | **For the Court:** Seth F. Eisenberg Clerk of the Bankruptcy Court: By: LyndseyPrice, Deputy Clerk |
| :--- | :--- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 10, 2025 |

ntcnfhrg (08/21)