UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
JOHN W CALLOWAY
EARTHENIA D CALLOWAY

CASE NO: 25-02435

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 2/3/2026, I did cause a copy of the following documents, described below,

1st Amended Plan

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/3/2026

/s/ John M. Hyams
John M. Hyams  87327PA
Attorney for Debtor
Law Offices of John M. Hyams
1007 N. Front St. Suite 3 South
Harrisburg, PA 17102
717-766-5300
acb@johnhyamslaw.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  
JOHN W CALLOWAY  
EARTHENIA D CALLOWAY

CASE NO: 25-02435

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 13

On 2/3/2026, a copy of the following documents, described below,

1st Amended Plan

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/3/2026

Miles Wood  
BK Attorney Services, LLC  
d/b/a certificateofservice.com, for  
John M. Hyams  
Law Offices of John M. Hyams  
1007 N. Front St. Suite 3 South  
Harrisburg, PA  17102

(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)

| | | |
|---|---|---|
| CASE INFO<br><br>  LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-02435<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>TUE FEB 3 7-30-18 PST 2026 | ~~EXCLUDE~~<br><br>~~(U)LAKEVIEW LOAN SERVICING LLC~~ | ~~EXCLUDE~~<br><br>~~US BANKRUPTCY COURT~~<br>~~SYLVIA H RAMBO US COURTHOUSE~~<br>~~1501 N 6TH STREET~~<br>~~HARRISBURG  PA 17102-1104~~ |
| 06 PROGRESSIVE<br>PO BOX 55848<br>SHERMAN OAKS  CA 91413-0848 | 12 THE BANK OF MISSOURI<br>PO BOX 1216<br>CHESAPEAKE  VA 23327-1216 | ASPIRE CREDIT CARD<br>ATTN BANKRUPTCY<br>PO BOX 105555<br>ATLANTA  GA 30348-5555 |
| BOUNCE AI  INC<br>333 METRO PARK<br>SUITE S-205<br>ROCHESTER  NY 14623-2632 | (P)DEPARTMENT OF LABOR  INDUSTRY<br>ATTN OFFICE OF CHIEF COUNSEL<br>651 BOAS STREET 10TH FLOOR<br>HARRISBURG PA 17121-0751 | (P)CAINE  WEINER COMPANY<br>12005 FORD ROAD 300<br>DALLAS TX 75234-7262 |
| CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY  UT 84130-0285 | COMENITY BANK<br>320 E BIG BEAVER RD<br>TROY  MI 48083-1238 | CONCORA CREDIT<br>PO BOX 4477<br>BEAVERTON  OR 97076-4401 |
| CONSOLIDATION CAPITAL<br>ATTN BANKRUPTCY<br>10 TOWER OFFICE PARK<br>STE 410<br>WOBURN  MA 01801-2120 | CREDIT ONE BANK<br>ATTN BANKRUPTCY DEPARTMENT<br>6801 S CIMARRON RD<br>LAS VEGAS  NV 89113-2273 | CROWN ASSET MANAGEMENT  LLC<br>CO PRESSLER  FELT  WARSHAW LLP<br>7 ENTIN RD<br>PARSIPPANY  NJ 07054-5020 |
| DEPTEDNELNET<br>PO BOX 82561<br>LINCOLN  NE 68501-2561 | FIRST BANK TRUST<br>PO BOX 1000<br>ABINGDON  VA 24212-1000 | GENESIS FS CARD SERVICES<br>ATTN BANKRUPTCY<br>PO BOX 4477<br>BEAVERTON  OR 97076-4401 |
| HOOPER MEMORIAL HOME  INC<br>3532 WALNUT ST<br>HARRISBURG  PA 17109-3618 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA  PA 19101-7346 | LVNV FUNDING  LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE  SC 29603-0587 |
| LAKEVIEW LOAN SERVICING  LLC<br>CO MT BANK<br>PO BOX 840<br>BUFFALO  NY 14240-0840 | LENDINGCLUB CORPORATION<br>DEPT 34268<br>PO BOX 39000<br>SAN FRANCISCO  CA 94139-0001 | LVNV FUNDINGRESURGENT CAPITAL<br>ATTN BANKRUPTCY<br>PO BOX 10497<br>GREENVILLE  SC 29603-0497 |
| MT BANK<br>PO BOX 64910<br>BALTIMORE  MD 21264-4910 | MIDLAND CREDIT MANAGEMENT  INC<br>PO BOX 2037<br>WARREN  MI 48090-2037 | MIDLAND CREDIT MGMT<br>ATTN BANKRUPTCY<br>PO BOX 939069<br>SAN DIEGO  CA 92193-9069 |

| | | |
|---|---|---|
| OFFICE OF ATTORNEY GENERAL<br>FINANCIAL ENFORCEMENT<br>16TH FLOOR  STRAWBERRY SQUARE<br>HARRISBURG  PA 17120-0001 | PA DEPARTMENT OF REVENUE<br>DEPARTMENT 280946  ATTNBANKRUPTCY<br>HARRISBURG  PA 17128-0946 | (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| PAXTANG CEMETARY<br>CO ALESIA A SKINNER<br>490 N PAXTANG AVE<br>HARRISBURG  PA 17111-1822 | ~~EXCLUDE~~<br>~~(D)(P)PORTFOLIO RECOVERY ASSOCIATES LLC~~<br>~~PO BOX 41067~~<br>~~NORFOLK VA 23541-1067~~ | QUANTUM3 GROUP LLC AS AGENT FOR<br>VELOCITY INVESTMENTS LLC<br>PO BOX 788<br>KIRKLAND  WA  98083-0788 |
| SERVICE BENEFIT PLAN<br>PHARMACY PROGRAMS<br>PO BOX 847857<br>DALLAS  TX 75284-7857 | (P)SPRING OAKS CAPITAL  LLC<br>1400 CROSSWAYS BLVD STE 100B<br>CHESAPEAKE VA 23320-0207 | ~~EXCLUDE~~<br>~~(D)(P)SPRING OAKS CAPITAL  LLC~~<br>~~1400 CROSSWAYS BLVD STE 100B~~<br>~~CHESAPEAKE VA 23320-0207~~ |
| SUNRISE CREDIT SERVICES<br>PO BOX 9004<br>MELVILLE  NY 11747-9004 | (P)US DEPARTMENT OF HOUSING  URBAN DEVELOPMENT<br>ATTN OFFICE OF REGIONAL COUNSEL<br>801 MARKET STREET 12TH FLOOR<br>PHILADELPHIA PA 19107-3126 | (P)U S  DEPARTMENT OF JUSTICE TAX DIVISION<br>CIVIL TRIAL SECTION EASTERN REGION<br>P O BOX 227<br>BEN FRANKLIN STATION<br>WASHINGTON DC 20044-0227 |
| UPMC IN CENTRAL PA<br>PO BOX 2353<br>HARRISBURG  PA 17105-2353 | US DEPARTMENT OF EDUCATION CO NELNET<br>121 SOUTH 13TH STREET<br>LINCOLN  NE 68508-1911 | ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~US COURTHOUSE~~<br>~~1501 N 6TH ST~~<br>~~HARRISBURG  PA 17102-1104~~ |
| (P)UPGRADE  INC<br>2 N CENTRAL AVE<br>10TH FLOOR<br>PHOENIX AZ 85004-4422 | ~~EXCLUDE~~<br>~~BARTHENIA D CALLOWAY~~<br>~~2326 GREEN ST~~<br>~~HARRISBURG  PA 17110-1034~~ | (P)JACK N  ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 |
| ~~EXCLUDE~~<br>~~JOHN MATTHEW HYAMS~~<br>~~LAW OFFICES OF JOHN M HYAMS~~<br>~~1007 N FRONT STREET~~<br>~~SUITE 3 SOUTH~~<br>~~HARRISBURG  PA 17102-3320~~ | ~~EXCLUDE~~<br>~~JOHN W CALLOWAY~~<br>~~2326 GREEN ST~~<br>~~HARRISBURG  PA 17110-1034~~ | |