UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

JOHN W CALLOWAY
EARTHENIA D CALLOWAY

CASE NO: 25-02435

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 4/24/2026, I did cause a copy of the following documents, described below,

2nd Amended Plan

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/24/2026

/s/ John M. Hyams
John M. Hyams  87327PA
Attorney for Debtor
Law Offices of John M. Hyams
1007 N. Front St. Suite 3 South
Harrisburg, PA 17102
717-766-5300
acb@johnhyamslaw.com

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

JOHN W CALLOWAY
EARTHENIA D CALLOWAY

CASE NO: 25-02435

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 4/24/2026, a copy of the following documents, described below,

2nd Amended Plan

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/24/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John M. Hyams
Law Offices of John M. Hyams
1007 N. Front St. Suite 3 South
Harrisburg, PA  17102

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 25-02435
MIDDLE DISTRICT OF PENNSYLVANIA
FRI APR 24 8-43-15 PST 2026

EXCLUDE

(U)LAKEVIEW LOAN SERVICING LLC

EXCLUDE

US BANKRUPTCY COURT
SYLVIA H RAMBO US COURTHOUSE
1501 N 6TH STREET
HARRISBURG PA 17102-1104

06 PROGRESSIVE
PO BOX 55848
SHERMAN OAKS CA 91413-0848

12 THE BANK OF MISSOURI
PO BOX 1216
CHESAPEAKE VA 23327-1216

ASPIRE CREDIT CARD
ATTN BANKRUPTCY
PO BOX 105555
ATLANTA GA 30348-5555

BOUNCE AI INC
333 METRO PARK
SUITE S-205
ROCHESTER NY 14623-2632

(P)DEPARTMENT OF LABOR INDUSTRY
ATTN OFFICE OF CHIEF COUNSEL
651 BOAS STREET 10TH FLOOR
HARRISBURG PA 17121-0751

(P)CAINE WEINER COMPANY
12005 FORD ROAD 300
DALLAS TX 75234-7262

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130-0285

COMENITY BANK
320 E BIG BEAVER RD
TROY MI 48083-1238

CONCORA CREDIT
PO BOX 4477
BEAVERTON OR 97076-4401

CONSOLIDATION CAPITAL
ATTN BANKRUPTCY
10 TOWER OFFICE PARK
STE 410
WOBURN MA 01801-2120

CREDIT ONE BANK
ATTN BANKRUPTCY DEPARTMENT
6801 S CIMARRON RD
LAS VEGAS NV 89113-2273

CROWN ASSET MANAGEMENT LLC
CO PRESSLER FELT WARSHAW LLP
7 ENTIN RD
PARSIPPANY NJ 07054-5020

DEPTEDNELNET
PO BOX 82561
LINCOLN NE 68501-2561

FIRST BANK TRUST
PO BOX 1000
ABINGDON VA 24212-1000

GENESIS FS CARD SERVICES
ATTN BANKRUPTCY
PO BOX 4477
BEAVERTON OR 97076-4401

HOOPER MEMORIAL HOME INC
3532 WALNUT ST
HARRISBURG PA 17109-3618

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

LAKEVIEW LOAN SERVICING LLC
CO MT BANK
PO BOX 840
BUFFALO NY 14240-0840

LENDINGCLUB CORPORATION
DEPT 34268
PO BOX 39000
SAN FRANCISCO CA 94139-0001

LVNV FUNDINGRESURGENT CAPITAL
ATTN BANKRUPTCY
PO BOX 10497
GREENVILLE SC 29603-0497

MT BANK
PO BOX 64910
BALTIMORE MD 21264-4910

MIDLAND CREDIT MANAGEMENT INC
PO BOX 2037
WARREN MI 48090-2037

MIDLAND CREDIT MGMT
ATTN BANKRUPTCY
PO BOX 939069
SAN DIEGO CA 92193-9069

OFFICE OF ATTORNEY GENERAL
FINANCIAL ENFORCEMENT
16TH FLOOR  STRAWBERRY SQUARE
HARRISBURG  PA 17120-0001

PA DEPARTMENT OF REVENUE
DEPARTMENT 280946  ATTNBANKRUPTCY
HARRISBURG  PA 17128-0946

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

EXCLUDE

PAXTANG CEMETARY
CO ALESIA A SKINNER
490 N PAXTANG AVE
HARRISBURG  PA 17111-1822

(D)(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

QUANTUM3 GROUP LLC AS AGENT FOR
VELOCITY INVESTMENTS LLC
PO BOX 788
KIRKLAND  WA  98083-0788

EXCLUDE

SERVICE BENEFIT PLAN
PHARMACY PROGRAMS
PO BOX 847857
DALLAS  TX 75284-7857

(P)SPRING OAKS CAPITAL  LLC
1400 CROSSWAYS BLVD STE 100B
CHESAPEAKE VA 23320-0207

(D)(P)SPRING OAKS CAPITAL  LLC
1400 CROSSWAYS BLVD STE 100B
CHESAPEAKE VA 23320-0207

SUNRISE CREDIT SERVICES
PO BOX 9004
MELVILLE  NY 11747-9004

(P)US DEPARTMENT OF HOUSING  URBAN DEVELOPMENT
ATTN OFFICE OF REGIONAL COUNSEL
801 MARKET STREET 12TH FLOOR
PHILADELPHIA PA 19107-3126

(P)U S  DEPARTMENT OF JUSTICE TAX DIVISION
CIVIL TRIAL SECTION EASTERN REGION
P O BOX 227
BEN FRANKLIN STATION
WASHINGTON DC 20044-0227

EXCLUDE

UPMC IN CENTRAL PA
PO BOX 2353
HARRISBURG  PA 17105-2353

US DEPARTMENT OF EDUCATION CO NELNET
121 SOUTH 13TH STREET
LINCOLN  NE 68508-1911

UNITED STATES TRUSTEE
US COURTHOUSE
1501 N 6TH ST
HARRISBURG  PA 17102-1104

EXCLUDE

(P)UPGRADE  INC
2 N CENTRAL AVE
10TH FLOOR
PHOENIX AZ 85004-4422

EARTHENIA D CALLOWAY
2326 GREEN ST
HARRISBURG  PA 17110-1034

(P)JACK N  ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

EXCLUDE

JOHN MATTHEW HYAMS
LAW OFFICES OF JOHN M HYAMS
1007 N FRONT STREET
SUITE 3 SOUTH
HARRISBURG  PA 17102-3320

EXCLUDE

JOHN W CALLOWAY
2326 GREEN ST
HARRISBURG  PA 17110-1034